appeal to the Court of Appeals granted.  Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.  [See *ante*, p. 706.]

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate FIRST MORTGAGE GUARANTY AND TITLE COMPANY.  In the Matter of the Application of BANKERS TRUST COMPANY, Respondent, Respecting Premises Located at Nos. 335–341 North Avenue, New Rochelle, New York.  GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Rehabilitator of FIRST MORTGAGE GUARANTY AND TITLE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied.  Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

LOUIS KRONOWITZ and ADOLPH LASZLO, Doing Business under the Trade Name and Style of STANDARD BAKING COMPANY, Appellants, v. ABRAHAM SCHLANSKY, as President, or " WILLIAM JONES " as Treasurer of Bakery and Confectionery Workers International Union of America, Local 505, etc., Respondent.— Motion to dispense with printing the testimony on the trial denied.  The plaintiffs, appellants, are entitled to relief either by a bill of exceptions or by an abbreviated record.  (*Capone* v. *Matteo Realty Corporation*, 241 App. Div. 845.)  The time to perfect and argue the appeal is extended to the April term.  Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

BERNICE LANG, an Infant, by JACOB LANG, Her Guardian ad Litem, and Another, Respondents, v. CLANWYN HOLDING CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs.  Motion for leave to appeal to the Court of Appeals denied.  Motion for stay denied.  Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

MARTHA METZENDORF, Plaintiff, v. TOWN IMPROVEMENT ASSOCIATION, INC., and Others, Appellants; WESTERN WOODWORKING CO., INC., Respondent, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied.  Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

WILLIAM R. MONKS, Respondent, v. ORANGE COUNTY INDEPENDENT CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied.  Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

MORGAN LAKE COMPANY, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied on the merits.  Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

MOSS ESTATE, INCORPORATED, Brings This Action on Its Own Behalf and for the Benefit of All Other Taxpayers of the Town of Ossining, Westchester County, Plaintiff, v. TOWN OF OSSINING, Defendant.— Motion for leave to appeal to the Court of Appeals denied.  Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

DOUGLASS NEWMAN and Others, Respondents, v. GUARANTY TRUST COMPANY OF NEW YORK and Others, Defendants, and HARRY R. SWARTZ, Appellant.— Motion for leave to appeal to the Court of Appeals denied.  Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

ELIZABETH F. PETROCELLI and Another, Respondents, v. TRAUBE DRY CLEANING Co., INC., Appellant.— Motion for reargument denied, with ten dollars costs.